## 5845.  BUSSELL *v.* WHIDDON.

WADE, J.  The assignments of error directed to the insufficiency of the possessory warrant and the antecedent affidavit are not sufficiently specific to present any point for decision.  Upon the merits, the finding in favor of the plaintiff in the inferior judicatory seems to have been fully authorized, and the judge of the superior court did not err in refusing to sanction the petition for· certiorari.  *Judgment affirmed.*
          DECIDED JUNE 25, 1915.

Petition for certiorari; from Tift superior court—Judge Thomas. May 22, 1914.

*C. C. Hall,* for plaintiff in error.
*Ridgdill & Mitchell,* contra.